ACCEPTED
12-17-00049-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/28/2017 2:53 PM
Pam Estes
CLERK

NO. 12-17-00049-CV

IN THE

COURT OF APPEALS

FOR THE TWELFTH DISTRICT OF TEXAS

AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/28/2017 2:53:27 PM
PAM ESTES
Clerk

IN RE:

RANDALL ONEAL MATHIS,
APPELLANT

AND

FREDRICKA ANTOINETTE MATHIS,
APPELLEE

On Appeal from the 115TH Judicial District Court

of Upshur County, Texas

Trial Court No. 372-15

APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

DAVID B. GRIFFITH
State Bar No.: 08479300
GRIFFITH LAW FIRM, P.C.
404 Titus Street
P.O. Box 864
Gilmer, Texas 75644
(903) 843-5005
(903) 843-5392 - facsimile
davidg@griffithlawfirm.com

Attorney for Appellant

## APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE TWELFTH COURT OF APPEALS:**

Appellant, Randal Oneal Mathis, moves to extend the time for filing his brief, and shows the Court the following:

1.      The deadline for the filing of the brief is August 3, 2017.

2.      The length of the extension sought is two weeks, that is until Thursday, August 17, 2017.

3.      Appellant seeks an extension because his counsel had a legal assistant unexpectedly terminate her employment and his other legal assistant had a pre-scheduled vacation which left his office short-handed.

4.      The undersigned attorney would further show that this is Appellant's final request for an extension.

5.      Appellant's attorney of record, the undersigned, has conferred with Appellee's attorney of record, Ebb B. Mobley, and Mr. Mobley is not opposed to this motion.

### PRAYER FOR RELIEF

Therefore, Appellant respectfully requests that the Court issue an order extending the time for filing the Appellant's Brief, in the above case to Thursday, August 17, 2017.

Dated: July 28, 2017

Respectfully submitted:

GRIFFITH LAW FIRM, P.C.
404 North Titus St.
P.O. Box 864
Gilmer, Texas 75644-0864
Tel: (903) 843-5005
Fax: (903) 843-5392
Email:  davidg@griffithlawfirm.com

By_____
David B. Griffith
State Bar No. 08479300
Attorney for Appellant

## CERTIFICATE OF CONFERENCE BY PARTIES ON MERITS OF
## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

On July 28, 2017, Appellant's attorney, David B. Griffith, through his legal assistant, Shelley Cujko, contacted Appellee's attorney, Ebb B. Mobley, by telephone, and Mr. Mobley advised that he was not opposed to an extension of time for Appellant to file his brief.

_David B. Griffith_

David B. Griffith

## CERTIFICATE OF SERVICE

I certify that on July 28, 2017, a true and correct copy of the foregoing Appellant's Third Motion to Extend Time to File Brief has been served on all parties and/or counsel of record, as follows, to wit:

Ebb B. Mobley
Electronically through
the Electronic Filing Manager
to ebbmob@aol.com

_David B. Griffith_

David B. Griffith